IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECIL DATES, #116659A, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv1268-ID |
| | ) (WO) |
| WILLIE THOMAS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge, filed March 27, 2006, and Petitioner's objection filed April 5, 2006.  (Doc. Nos. 40-41.)  After careful CONSIDERATION thereof and upon an independent review of the file in this case, it is ORDERED as follows:

1. Petitioner's objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the petition for habeas corpus relief filed by Cecil Dates be and the same is hereby DENIED; and

4. the above-styled cause be and the same is hereby DISMISSED with prejudice.

DONE this 28th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE