IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CECIL DATES, #116659A, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:03cv1268-ID |
| | ) (WO) |
| WILLIE THOMAS, et al., | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents and against Petitioner, and that Petitioner take nothing by his said suit.

DONE this 28th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE